1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10                  FRESNO DIVISION

11

12  EUGENE BAIRD,                        1:08-cv-01669-GSA-PC

13          Plaintiff,            **ORDER GRANTING APPLICATION
                                  TO PROCEED IN FORMA PAUPERIS**
14  v.                                        and

15  RENKEN,                       **ORDER DIRECTING PAYMENT
                                  OF INMATE FILING FEE BY THE
16          Defendant.            INMATE TRUST ACCOUNT
                                  DEPARTMENT, NORTH FORK
17  _____/     CORRECTIONAL FACILITY**

18          Plaintiff is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C.

19  § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff

20  has made the showing required by § 1915(a) and accordingly, the request to proceed in forma

21  pauperis will be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this

22  action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of

23  twenty percent of the preceding month's income credited to plaintiff's trust account.  The Inmate

24  Trust Account Department, North Fork Correctional Facility is required to send to the Clerk of the

25  Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until

26  the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

27          In accordance with the above and good cause appearing therefore, IT IS HEREBY

28  ORDERED that:

                              -1-

1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

**2.  The Inmate Trust Account Department, North Fork Correctional Facility or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00,  in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.**

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on The Inmate Trust Account Department, North Fork Correctional Facility, at 1605 East Main, Sayre, OK 73662.

4.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S.  District Court, Eastern District of California, Fresno Division.

5.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint.

IT IS SO ORDERED.

**Dated:   November 13, 2008**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE